**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Plaintiff,

-against-

EUGENE THOMNAS,

Defendant.

-----------------------------------------------------------------------X

**26 Civ. 4996 (MMG) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Petitioner's letter dated September 11, 2026. (Dkt. No. 12). Respondent shall submit a response to the issues raised therein, including requesting any extension of his deadline to move, answer, or otherwise respond to Petitioner's petition, by no later than **Wednesday, September 30, 2026.**

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

The Honorable Gary Stein
United States Magistrate Judge